**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 17-7618**

ANDRE JUSTE,

        Plaintiff - Appellant,

        v.

JOHN F. KERRY, U.S. State Security of State Affair; JEH CHARLES JOHNSON, Secretary of Department of Homeland Security,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:17-cv-00217-MHL-RCY)

Submitted:  April 19, 2018                  Decided:  April 23, 2018

Before GREGORY, Chief Judge, and THACKER and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Juste, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Juste appeals the district court's order dismissing his civil action without prejudice for failure to comply with a prior court order directing him to particularize his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Juste v. Kerry*, No. 3:17-cv-00217-MHL-RCY (E.D. Va. Oct. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*